# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1549 | **DATE** | 3/8/2004 |
| **CASE TITLE** | USA vs. KAREN SADOWSKY | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Petitioner Karen Sadowsky's petition for a copy of the transcript of her guilty plea, in order to prepare a 2255 petition is denied. Petitioner's motion for the appointment of counsel is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| ✓ | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

courtroom deputy's initials: LG

date docketed: MAR 0 9 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04 C 1549 |
| ) | |
| KAREN SADOWSKY, ) | |
| ) | |
| Defendant. ) | |

**DOCKETED MAR 09 2004**

## MEMORANDUM OPINION AND ORDER

Petitioner Karen Sadowsky moves for a copy of the transcript of the proceedings in her trial, by which we understand she seeks a copy of the transcript of her guilty plea, in order to prepare a §2255 petition. But, pursuant to 28 U.S.C. §753(f), a transcript at government expense for §2255 petitions requires a prior certification by this court or a circuit judge that the suit is not frivolous and the transcript is needed to decide the issue presented.

Petitioner provides no reasons at all for such a petition. Moreover, her plea agreement waives any possible collateral attack other than a claim of involuntariness, or ineffective assistance of counsel, "which relates directly to this waiver or its negotiation," – a very small window indeed. Here the petitioner admitted her culpability, and we cannot conjure up any basis for a petition. The motion is denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

March 8, 2004.